ORIGINAL

FLORENCE T. NAKAKUNI #2584
United States Attorney
District of Hawaii

THOMAS C. MUEHLECK #3591
Chief, Drug and Organized
Crime Section

CHRIS A. THOMAS #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 13 2016
at ____ o'clock and ____ min. ____ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 16- CR16-00451 DKW |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846 and 853(p) 18 U.S.C. § 2] |
| JUSTIN AGUSTIN,          (01) a.k.a. "Face", AYLWIN TAN,            (02) a.k.a. "Black Dog", ADAM BOGEMA, a.k.a. "Cadillac"      (03) LORETTA TAYLOR a.k.a. "Barbie",     (04) MAX BRAVO, and       (05) DAVID FRYE           (06) | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

INDICTMENT
COUNT 1:

The Grand Jury charges that:

From in or around January, 2015, to and including May 14, 2016, in the District of Hawaii, and elsewhere,

**JUSTIN AGUSTIN a.k.a. "Face", AYLWIN TAN a.k.a. "Black Dog", ADAM BOGEMA a.k.a. "Cadillac", LORETTA TAYLOR a.k.a. "Barbie", MAX BRAVO, and DAVID FRYE**

defendants herein, did willfully and unlawfully conspire together with each other and others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute, fifty (50) grams, or more, of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to distribute and possess methamphetamine for distribution in Hawaii.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2:

The Grand Jury further charges that:

On or about December 12, 2015, to and including December 13, 2015, in the District of Hawaii, and elsewhere, **JUSTIN AGUSTIN a.k.a. "Face", AYLWIN TAN a.k.a. "Black Dog", ADAM BOGEMA a.k.a. "Cadillac", and DAVID FRYE,** did knowingly and intentionally attempt to possess, with intent to distribute, fifty (50) grams, or more,

of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846, and Title 18 United States Code, Section 2.

COUNT 3:

The Grand Jury further charges that:

On or about December 18, 2015, in the District of Hawaii, and elsewhere, **ADAM BOGEMA a.k.a. "Cadillac", MAX BRAVO, and DAVID FRYE**, did knowingly and intentionally attempt to possess, with intent to distribute, fifty (50) grams, or more, of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846, and Title 18 United States Code, Section 2.

COUNT 4:

The Grand Jury further charges that:

On or about December 25, 2015, to and including December 28, 2015, in the District of Hawaii, and elsewhere, **JUSTIN AGUSTIN a.k.a. "Face", AYLWIN TAN a.k.a. "Black Dog", ADAM BOGEMA a.k.a. "Cadillac", and LORETTA TAYLOR a.k.a. "Barbie"**, did knowingly and intentionally attempt to possess, with intent to distribute, fifty (50) grams, or more, of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846, and Title 18 United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in Count 1 through Count 4 of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offenses alleged in Count1 through Count 4 in violation of Title 21, United States Code, Section 841, the Defendants **JUSTIN AGUSTIN, AYLWIN TAN, ADAM BOGEMA, LORETTA TAYLOR a.k.a. "Barbie", MAX BRAVO, and DAVID FRYE**, shall forfeit to the United States of America any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

DATED: ___July 13___, 2016 at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_/s/ Thomas Brady for_ _____
THOMAS C. MUEHLECK
Chief, Drug and Organized
Crime Section

_/s/ Chris A. Thomas_ _____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Justin Agustin, et al.
Cr. No. 16- CR16-00451 DKW
"Indictment"

5